BANK OF MONTCLAIR, complainant-appellant,

*v.*

WILLIAM MALLAS, defendant-respondent.

[Submitted December 8th, 1936.   Decided January 27th, 1937.]

*Mr. Charles L. Hemmersley* and *Mr. Philip Goodell,* for the appellant.

*Mr. Joseph Bohrer* (*Messrs. Leber & Ruback,* of counsel), for the respondent.

PER CURIAM.

We concur in the view expressed in the court below, that the omission of the *cestuis que trust* from the foreclosure constituted a cloud on the title of the realty contracted to be sold, and that such cloud was not removed by the orphans court proceeding.

The rule that equity will not compel a purchaser to take a doubtful title, laid down in the chancery cases cited in the court below, has also the sanction of this court. *Tillotson* v. *Gesner, 33 N. J. Eq. 313; Van Riper* v. *Wickersham, 77 N. J. Eq. 232; Doutney* v. *Lambie, 78 N. J. Eq. 277; Security Bond and Mortgage Co.* v. *Weiss, 101 N. J. Eq. 307;* affirming *100 N. J. Eq. 156; Rosenson* v. *Bochenek, 102 N. J. Eq. 543.*

The decree under review will be affirmed.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ.   14.

*For reversal*—None.